United States District Court

Eastern District of Louisiana

Navarre

v.                                             CIVIL ACTION NO. 2:04-cv-0311"R"(5)

Entergy Corporation

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

 (1) A list of all parties still remaining in this action;

 (2) Copies of all pleadings, including answers, filed by those parties in state court; and

 (3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, February 9, 2004.

                                              By Direction of the Court

                                              LORETTA G. WHYTE, CLERK

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 FEB -4 PM 3: 42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELISSA NAVARRE | * | |
|    Plaintiff | * | CIVIL ACTION NO. |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| ENTERGY CORPORATION | * | JUDGE |
| AND MAUREEN EAMES | * | |
|    Defendants | * | MAGISTRATE JUDGE |

04-0311
SECT. R MAG. 5

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

Defendants, Entergy Corporation ("Entergy") and Maureen Eames ("Eames") (collectively, the "Entergy Defendants"), hereby give notice of the removal to the United States District Court for the Eastern District of Louisiana of that certain civil action entitled *Melissa Navarre v. Entergy Corporation and Maureen Eames*, which bears Civil Action No. 03-19122 "J-13" on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana. Copies of all process, pleadings and orders served upon the Entergy Defendants are attached collectively as Exhibit A, and copies of all remaining pleadings filed in the matter are attached collectively as Exhibit B.

___ Fee $150 ⁰⁰
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No. 1

I.

On January 21, 2004 and January 20, 2004, Eames and Entergy were served, respectively, with a copy of Plaintiff's petition, incorrectly styled as a complaint. Entergy and Eames are the only defendants named in the petition, and service of process upon the Entergy Defendants was their first notice of this lawsuit.

II.

In the petition, Plaintiff alleges the following causes of action against the Entergy Defendants: (1) racial discrimination and retaliation in violation of 42 U.S.C. §2000e-2000e-17; (2) violation of 42 U.S.C. §1981; (3) violation of unspecified provisions of the United States Constitution; (4) violation of unspecified provisions of the Louisiana Constitution; and (5) violation of unspecified Louisiana statutes.

III.

Removal of this action is proper pursuant to 28 U.S.C. §1441 because this suit involves claims that arise under the laws of the United States, specifically 42 U.S.C. §1981, 42 U.S.C. §§2000e through 2000e-17 and the United States Constitution. Thus, this action is within the subject matter jurisdiction of this Court pursuant to 28 U.S.C. §1331.

IV.

Removal is timely under 28 U.S.C. §1446 because 30 days have not passed since the Entergy Defendants received, through service or otherwise, a copy of Plaintiff's petition.

V.

Plaintiff's state law claims are so related to her federal claims that the state law claims form part of the same case or controversy. Thus, this court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §1367.

VI.

Promptly after filing this Notice of Removal, the Entergy Defendants are serving written notice upon Plaintiff that this action has been removed to this Court and are filing a copy of said written notice and a copy this Notice of Removal with the Clerk of the Civil District Court for the Parish of Orleans, State of Louisiana to affect removal of this action to this Court, all in conformity with 28 U.S.C. §1446.

WHEREFORE, defendants, Entergy Corporation and Maureen Eames, pray that this Notice of Removal be accepted as good and sufficient; that the above-described civil action be removed from the Civil District Court for the Parish of Orleans, State of Louisiana to this Court for a trial and determination as provided by law; that this matter proceed in this Court as an action properly removed thereto; that this Court enter such orders and issue such process as may be necessary and proper to bring before it copies of all records and proceedings presently pending in the state court action and thereupon proceed with this civil action as if originally commenced in this Court; and that this Court enter all necessary and appropriate orders and decrees in accordance with applicable law.

NEW ORLEANS, LOUISIANA this 4th day of February, 2004.

Respectfully submitted,

*/s/ Anne H. Breaux/*
ANNE H. BREAUX, T.A.
 (LA Bar Roll No. 17632)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2200
New Orleans, Louisiana 70113
Telephone: (504) 576-4070

**COUNSEL FOR DEFENDANTS,
ENTERGY CORPORATION
AND MAUREEN EAMES**

## CERTIFICATE OF SERVICE

The undersigned attorney for defendants, Entergy Corporation and Maureen Eames, certifies that, on February 4, 2004, a true and correct copy of the foregoing Notice of Removal, together with written notice of the filing of this Notice of Removal, was delivered by hand to the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana and was sent via certified mail, return receipt requested to counsel for Plaintiff:

Jeffery F. Speer (#19398)
DOUCET-SPEER
A Professional Law Corporation
725 So. Washington Street
Post Office Drawer 4303
Lafayette, Louisiana 70502.

Pursuant to 28 U.S.C. §1446, removal of this action is effective as of that date.

_____
ANNE H. BREAUX

4



ATTORNEY'S NAME: Speer, Jeffery F., Esq.   19398
AND ADDRESS:    725 So. Washington Street
                Lafayette LA      705024303

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 20 03-19122                                    SECTION: 13-J

NAVARRE, MELISSA
vs.
ENTERGY CORPORATION             ETAL

CITATION

TO:      ENTERGY CORPORATION
THROUGH: ITS REGISTEDED AGENT FOR SERVICE OF PROCESS
         CHRISTOPHER T. SCREEN
         ^639 LOYOLA AVE., 26TH FLOOR
         NEW ORLEANS LA

RECEIVED JAN 16 3 08 PM '04

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition ORIGINAL, a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

```
**********************************************************************
*                    ADDITIONAL INFORMATION                           *
*   Legal assistance is advisable. If you want a lawyer and can't find one, you *
* may call the New Orleans Lawyer Referral Service at 561-8828. This Referral  *
* Service operates in conjunction with the New Orleans Bar Association. If you *
* qualify, you may be entitled to free legal assistance through the New Orleans*
* Legal Assistance Corp.; you may call 529-1000 for more information.          *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.                      *
**********************************************************************
```

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of The Civil District Court for the Parish of Orleans, State of LA January 14, 2004.

Clerk's Office, Room 402, Civil Courts Building        DALE N. ATKINS, Clerk of
421 Loyola Avenue                                      The Civil District Court
New Orleans, LA                                        for the Parish of Orleans
                                                       State of LA
                                                       by _____
                                                              Deputy Clerk

---

SHERIFF'S RETURN:
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this 20 day of JAN 04 served a copy of the w/i petition ORIGINAL On ENTERGY CORPORATION in person through ITS REGISTEDED AGENT FOR SERVICE OF PROCESS 11:25AM Returned same day _____ No. 167 Deputy Sheriff of Orleans Parish Mileage: $_____ | On this ____ day of _____ served a copy of the w/i petition ORIGINAL On ENTERGY CORPORATION through ITS REGISTEDED AGENT FOR SERVICE OF PROCESS by leaving same at the dwellinghouse, or usual place of abode, CHRISTOPHER T. SCREEN ^639 LOYOLA AVE., 26TH FLOOR in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said ENTERGY CORPORATION _____ being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of Orleans Parish |

ENTERED      RETURN
PAPER
____ / 9108 /
SERIAL NO.  DEPUTY  PARISH

EXHIBIT "A"

VERIFIED
LeSabra Cutno
Deputy Clerk

ATTORNEY'S NAME: Speer, Jeffery F., Esq.   19398
AND ADDRESS:    725 So. Washington Street
                Lafayette  LA    705024303

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 20 03-19122                                      SECTION: 13-J

NAVARRE, MELISSA
vs.
ENTERGY CORPORATION            ETAL

CITATION

TO:      MAUREEN EAMES
THROUGH: AT HER PLACE OF EMPLOYMENT
         ENTERGY CORPORATION
         639 LOYOLA AVE., 26TH FLOOR  5th
         NEW ORLEANS  LA

RECEIVED JAN 16 3 08 PM '04

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition ORIGINAL, a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

***************************************************************************
*                        ADDITIONAL INFORMATION                            *
*   Legal assistance is advisable. If you want a lawyer and can't find one, you *
* may call the New Orleans Lawyer Referral Service at 561-8828.  This Referral *
* Service operates in conjunction with the New Orleans Bar Association.  If you *
* qualify, you may be entitled to free legal assistance through the New Orleans *
* Legal Assistance Corp.; you may call 529-1000 for more information.      *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.                  *
***************************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of The Civil District Court for the Parish of Orleans, State of LA January   14, 2004.

Clerk's Office, Room 402, Civil Courts Building        DALE N. ATKINS, Clerk of
421 Loyola Avenue                                      The Civil District Court
New Orleans, LA                                        for the Parish of Orleans
                                                       State of LA

                                                       by _____
                                                          Deputy Clerk

------------------------------------------------------------------
                        SHERIFF'S RETURN:
                 (for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this 21 day of Jan 04 served a copy of the w/i petition ORIGINAL On MAUREEN EAMES in person through AT HER PLACE OF EMPLOYMENT  2:15 pm  Returned same day  _____ No. 168 Deputy Sheriff of Orleans Parish  Mileage: $ _____ | On this ___ day of ___ served a copy of the w/i petition ORIGINAL On MAUREEN EAMES through AT HER PLACE OF EMPLOYMENT by leaving same at the dwellinghouse, or usual place of abode, ENTERGY CORPORATION 639 LOYOLA AVE., 26TH FLOOR in the hands of a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating  HIM / HER the said MAUREEN EAMES _____ being absent from the domicile at time of said service.  Returned same day  No. _____  Deputy Sheriff of Orleans Parish |

ENTERED
PAPER    9108    RETURN
SERIAL NO. / DEPUTY / PARISH

**VERIFIED**
LeSabra Cutno
Deputy Clerk

CIVIL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LOUISIANA

| | |
|---|---|
| MELISSA NAVARRE | NO: |
| VERSUS | SECTION: |
| ENTERGY CORPORATION AND MAUREEN EAMES | DIVISION: SECTION 13 |

FILED 2003 DEC 30 P 12:50 CIVIL DISTRICT COURT

2003-19122

## COMPLAINT

COMES NOW, complainant, MELISSA NAVARRE, complaining of ENTERGY CORPORATION and MAUREEN EAMES, seeks hereby to obtain all damages as may be authorized by law, resulting from an action in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C §1981 and other applicable provisions of federal law.

1.

This being a civil action arising under the constitution and laws of the United States, to address the deprivation of Complainant's rights to be free from a discriminatory intimidation, ridicule and wrongful termination.

2.

Complainant, MELISSA NAVARRE, is a citizen of U.S. and resident of New Orleans, Orleans Parish, State of Louisiana.

3.

Made defendants herein:

A. ENTERGY CORPORATION, a corporation authorized to do and doing business in the State of Louisiana.

B. MAUREEN EAMES, an employee of ENTERGY CORPORATION and a person of the full age of majority being domiciled in the Parish of Orleans State of Louisiana.

4

ENTERGY CORPORATION hired complainant, MELISSA NAVARRE, said corporation located at 639 Loyola Avenue, New Orleans, Louisiana, 70113.

5.

On or about May 1, 2001 until on or about March 4, 2003, Complainant has applied for and continuously been denied any and all promotional opportunities by MAUREEN EAMES, department

-1-

manager, based on Complainant's race.

6.

After complaining of being denied said promotions, Complainant was eventually discharged by MAUREEN EAMES

7.

Complainant, MELISSA NAVARRE, was subjected to a pattern of conduct in violation of her civil and constitutional human rights under State and Federal Laws, caused by her supervisors in the form of race discrimination, retaliation, discrimination, and intentional infliction of emotional distress.

8.

MELISSA NAVARRE reported the discriminatory behavior of her department manager, MAUREEN EAMES, particularly, being denied promotions although highly qualified, being placed on a "Performance Improvement Plan" after requesting an investigation of said denials and also requesting a department transfer, and then eventually being discharged.

9.

MELISSA NAVARRE filed a formal complaint with the Equal Employment Opportunity Commission and the Department of Justice issued a final agency decision on October 1, 2003 denying complainant's claim.

10.

In her capacity as department manager of ENTERGY CORPORATION, MAUREEN EAMES engaged in acts of discrimination and intimidation, and eventually wrongful termination which seriously and permanently adversely affected the physical and psychological well being of MELISSA NAVARRE.

11.

Defendant, MAUREEN EAMES and ENTERGY CORPORATION, is liable unto complainant as a result of the acts and omissions unto MELISSA NAVARRE, for failure to use reasonable care to prevent the discrimination and despicable conduct unto MELISSA NAVARRE.

12.

As a result of the aforesaid conduct, defendants are liable to MELISSA NAVARRE for past, present and future wages, medical expenses, benefits, loss of enjoyment of life, mental anguish, mental

and physical pain and suffering, punitive damages, attorney's fees, treble damages and court costs.

13.

Defendants acted with malice and reckless indifference with regard to the rights of MELISSA NAVARRE and thus complainant, MELISSA NAVARRE, is entitled to an award of exemplary damages against defendants, MAUREEN EAMES and ENTERGY CORPORATION.

14.

Because of the discrimination and wrongful termination and denial of her basic civil rights, complainant, MELISSA NAVARRE was compelled to retain attorneys to insure that this conduct on the part of the defendants do not continue.

WHEREFORE, premises considered, Complainant prays that defendants be cited to appear and answer and that, upon final hearing, judgment be rendered jointly and severally against all defendants, for compensatory damages, exemplary damages, together with court costs, interest as allowed by law, attorney's fees and any and all further relief, legal or equitable, to which complainant may be entitled.

Respectfully submitted,

DOUCET - SPEER
A PROFESSIONAL LAW CORPORATION
725 So Washington Street
P O. Drawer 4303
Lafayette, LA 70502-4303
337-232-0405

By: _____
JEFFERY F. SPEER       (#19398)
J. LOUIS GIBBENS, III  (#23754)
JASON E. FONTENOT      (#27806)

PLEASE SERVE THE FOLLOWING DEFENDANTS:

ENTERGY CORPORATION
Through its registered agent for service of process,
Christopher T. Screen
639 Loyola Avenue
26th Floor
New Orleans, LA 70113

MAUREEN EAMES
At her place of employment,
Entergy Corporation
639 Loyola Avenue
26th Floor
New Orleans, LA 70113

# DOUCET ✦ SPEER
### A PROFESSIONAL LAW CORPORATION
725 South Washington St. -:- P. O. Drawer 4303 -:- Lafayette, LA 70502
Phone 337-232-0405 -:- Fax 337-237-3414

FILED

RECEIVED
JAN 12 2004
CLERK'S OFFICE
CIVIL DISTRICT COURT

December 30, 2003

**VIA FACSIMILE: 504-592-9128**
**VIA FEDERAL EXPRESS**

1-14-03
Copy Mailed

Clerk of Court
ORLEANS PARISH
CIVIL DISTRICT COURT
421 Loyola Avenue
New Orleans, LA 70112

RE: Melissa Navarre
vs.
Entergy and Maureen Eames

Dear Sir or Madam:

Attached please find an original and (3) copies of a Complaint
and Federal Express. Please fax file the attached and send confirm
the original please have the extra copies served upon the named de
a stamped copy to my office. I am enclosing herewith a check in the
fee and also a check payable to Orleans Parish Civil Sheriff in the ar

With best regards, I remain,

Sincerely,

Jason

JASON E. FONTEN

JEF/kl
Enclosures

```
CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE
NEW ORLEANS, LA 70112
504-592-9100

Reg. # 0                    Receipt # 263854
Cash In Clk# 1              01/12/04 at 10:58
Case #: 03 19122            Cashier # 1
-----------------------------------------------
1                PETITION
      1 @ $     278.50    $    278.50
2                JUDGES SUPPL COMP FUND
      1 @ $      18.00    $     18.00
201              INDIG LEG FEE
      1 @ $      10.00    $     10.00
M                MISCELLANEOUS
      1 @ $       9.50    $      9.50
                                  ------------
                 Total Due  $    316.00
-----------------------------------------------
                 Check Amount $  316.00
                                  ============
                 Change Due $      0.00
********** DUPLICATE RECEIPT **********
```



EXHIBIT "B"

```
TO: COMMISSIONER OF IN███
    P.O. BOX 94214
    BATON ROUGE, LA 7█804
```

J-13

FROM: CLERK OF COURT, PARISH OF ORLEANS

RE: R.S. 9.2800.7          REPORTING FORM - PERSONAL INJURY ONLY

Section A shall be obtained by the Clerk of Court at the time suit is filed and submitted to the Commissioner of Insurance within 30 days of filing. Section A shall also be completed at the time judgment becomes definitive.

A. INITIAL INFORMATION

1. Caption of Suit: NAVARRE, MELISSA

   vs.

   ENTERGY CORPORATION       ETAL

   a) Parish: ORLEANS               b) Docket No.: 20 03-19122
   c) Judicial District: CDC        d) Filing Date: 12-30-2003
   e) Type Suit:

      1. __ Auto - Bodily Injury        7. __ Professional Liability
      2. __ Uninsured Motorist             __ a. Medical
      3. __ Government Liability           __ b. Legal
      4. X  General Liability              __ c. Architectural
      5. __ Products Liability                d. Accounting
      6. __ Redhibition                       e. Engineering
                                        __ 8. Other

2. Nature of Injuries (If Ascertainable from Petition):

   _____
   _____
   _____
   _____

Section B shall be obtained by the Clerk of Court and submitted to the Commissioner of Insurance within 30 days of definitive judgment. (Section A (1)a-c must also be completed in order to accurately report.)

B. JUDGMENT INFORMATION

1. Judgment by Merit Trial:

   a) _____ Judge        _____ Jury
   b) _____ For the Plaintiff       _____ For the Defendant
   c) _____ Judgment awarded, exclusive of interest and costs:

      1.  _____ -0-
      2.  _____ -0- but less than $10,000
      3.  _____ $10,000 but less than $25,000
      4.  _____ $25,000 but less than $50,000
      5.  _____ $50,000 but less than $100,000
      6.  _____ $100,000 but less than $250,000
      7.  _____ $250,000 but less than $500,000
      8.  _____ $500,000 but less than $750,000
      9.  _____ $750,000 but less than $1,000,000
      10. _____ $1,000,000 but less than $2,000,000
      11. _____ $2,000,000 or more

2. Appeal Status:

   a) _____ Appeal Entered       b) _____ No Appeal Entered

Section C shall be completed by the Clerk of Court and submitted to the Commissioner of Insurance within 30 days of dismissal.

C. DISMISSAL INFORMATION

1. Date of Dismissal: _____

2. _____ With Prejudice       _____ Without Prejudice

D. A processing fee of $10.00 shall be taxed as costs of court in each suit on which the information required by this section is submitted by the Clerk of Court. Upon rendering of judgment under Section B of this form or dismissal under Section C of this form, $5.00 shall be paid to the Commissioner of Insurance by the Clerk of Court and $5.00 shall be retained by the Clerk from the court costs paid in Section D.

CLERK OR DEPUTY CLERK _____

RICHARD J. GANUCHEAU
YADA T. MAGEE
ROBIN M. GIARRUSSO
MICHAEL G. BAGNERIS
CAROLYN W. GILL-JEFFERSON
ETHEL S. JULIEN
NADINE M. RAMSEY
ROLAND L. BELSOME
LLOYD J. MEDLEY, JR.
ROSEMARY LEDET
C. HUNTER KING
PIPER D. GRIFFIN
KERN A. REESE
MADELEINE M. LANDRIEU

JUDGES

# Civil District Court
For the Parish of Orleans
402 Civil Courts Building
421 Loyola Ave.
New Orleans, La. 70112

CIVIL DISTRICT COURT
CLERKS FEE $16.00
OWED - $10.00
JAN 12 2004
PAID

## FACSIMILE TRANSMISSION CONFIRMATION

TO _Jeffery Speer_

FROM: HON DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT

DATE _12-30-03_  TIME _____  FAX # _9-1-337-237-3415_

DATE PLEADING FILED: _12-30-03_

DEPUTY CLERK _N. Legue_

FAX FEE         $5.00           FILING FEE $ _306.00_
EXTRA PAGES    _10.00_          TOTAL FEE DUE $ _326.00_

CASE TITLE _Melissa Navarre_

VERSUS

_Entergy Corp. et al_

CASE NUMBER _03-19122_ DIV _J_

COMMENTS _petition_

IN ACCORDANCE WITH LSA-R.S 13:850, THE FOLLOWING MUST BE RECEIVED WITHIN FIVE (5) DAYS, EXCLUSIVE OF LEGAL HOLIDAYS, FOR THE FACSIMILE FILING TO HAVE FULL FORCE AND EFFECT

1  THE ORIGINAL DOCUMENT MUST BE SIGNED
2  ALL APPLICABLE FILING FEES MUST BE ENCLOSED WITH THE ORIGINAL
3  AN ADDITIONAL $5.00 FACSIMILE TRANSMISSION FEE MUST BE ENCLOSED FOR EACH DOCUMENT TRANSMITTED PLUS AN ADDITIONAL $2.50 PER PAGE FOR TRANSMISSIONS IN EXCESS OF TWO (2) PAGES

JODY CATALANOTTO
DEPUTY CLERK

Confirmation Report - Memory Send

```
Page      : 001
Date & Time: 12-30-03  14:02
Line 1    : 5929117
Line 2    :
E-mail    :
Machine ID : civil district court
```

| | |
|---|---|
| Job number | : 752 |
| Date | : 12-30  14:00 |
| To | : ☏913372373415 |
| Number of pages | : 001 |
| Start time | : 12-30  14:00 |
| End time | : 12-30  14:01 |
| Pages sent | : 001 |
| Status | : OK |
| Job number  : 752 | *** SEND SUCCESSFUL *** |

RICHARD J. GANUCHEAU
YADA T. MAGEE
ROSE M. GUARURO
MICHAEL G. BAGNERIS
CAROLYN W. GILL-JEFFERSON
ETHEL S. JULIEN
NADINE M. RAMSEY
ROLAND L. BELSOME
LLOYD J. MEDLEY, JR.
ROSEMARY LEDET
C. HUNTER KING
PIPER D. GRIFFIN
KERN A. RECEE
MADELINE M. LANDRIEU

JUDGES

**Civil District Court**
For the Parish of Orleans
402 Civil Courts Building
421 Loyola Ave.
New Orleans, La. 70112

DALE N. A.
CLERK OF.

## FACSIMILE TRANSMISSION CONFIRMATION

TO: Jeffery _____

FROM: HON. DALE N. ATKINS
CLERK, CIVIL DISTRICT COURT

DATE: 12-30-03   TIME: _____   FAX #: 5-1-337-23_
                                        3915

DATE PLEADING FILED: 12-30-03

DEPUTY CLERK: _____

FAX FEE         $5.00           FILING FEE: $ 306.___
EXTRA PAGES     10.00           TOTAL FEE DUE $ 326.___

CASE TITLE: Melium _____

VERSUS

Entergy Corp. etal

CASE NUMBER: 03-_____ DIV. ___

COMMENTS: petition

IN ACCORDANCE WITH LSA-R.S. 13:850, THE FOLLOWING MUST BE
RECEIVED WITHIN FIVE (5) DAYS, EXCLUSIVE OF LEGAL HOLIDAYS, FOR THE
FACSIMILE FILING TO HAVE FULL FORCE AND EFFECT.

1. THE ORIGINAL DOCUMENT MUST BE SIGNED.
2. ALL APPLICABLE FILING FEES MUST BE ENCLOSED WITH THE ORIGINAL
3. AN ADDITIONAL $5.00 FACSIMILE TRANSMISSION FEE MUST BE
ENCLOSED FOR EACH DOCUMENT TRANSMITTED PLUS AN ADDITIONAL
$2.50 PER PAGE FOR TRANSMISSIONS IN EXCESS OF TWO (2) PAGES.

JODY CATALANOTTO
DEPUTY CLERK

VERIFIED

# DOUCET ✠ SPEER

### A PROFESSIONAL LAW CORPORATION

725 South Washington St. -:- P. O. Drawer 4303 -:- Lafayette, LA 70502
Phone 337-232-0405 -:- Fax 337-237-3415

FILED

2003 DEC 30  P 12: 50

CIVIL DISTRICT COURT

## FAX TRANSMISSION

PAGES: 6 (Including cover sheet)

DATE: 12-30-03

TO: Civil District Clerk - Orleans

FAX NO: 504-592-9128

FROM: Kristi

RE: Melissa Navarre v. Entergy, Et al

MESSAGE:

Please fax file the attached complaint. Additionally, please send a confirmation of receipt of same.

{ } Original will be mailed      { } Will not be mailed

FILED
DEC 30 2003
12:50 PM
DEPUTY CLERK
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LOUISIANA

MELISSA NAVARRE

VERSUS

ENTERGY CORPORATION AND
MAUREEN EAMES

NO: 03-19122

SECTION:

DIVISION: J SECTION 13

## COMPLAINT

COMES NOW, complainant, MELISSA NAVARRE, complaining of ENTERGY CORPORATION and MAUREEN EAMES, seeks hereby to obtain all damages as may be authorized by law, resulting from an action in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §1981 and other applicable provisions of federal law.

1.

This being a civil action arising under the constitution and laws of the United States, to address the deprivation of Complainant's rights to be free from a discriminatory intimidation, ridicule and wrongful termination.

2.

Complainant, MELISSA NAVARRE, is a citizen of U.S. and resident of New Orleans, Orleans Parish, State of Louisiana

3.

Made defendants herein:

A. ENTERGY CORPORATION, a corporation authorized to do and doing business in the State of Louisiana.

B. MAUREEN EAMES, an employee of ENTERGY CORPORATION and a person of the full age of majority being domiciled in the Parish of Orleans State of Louisiana.

4

ENTERGY CORPORATION hired complainant, MELISSA NAVARRE, said corporation located at 639 Loyola Avenue, New Orleans, Louisiana, 70113.

5.

On or about May 1, 2001 until on or about March 4, 2003, Complainant has applied for and continuously been denied any and all promotional opportunities by MAUREEN EAMES, department

-1-

manager, based on Complainant's race.

6.

After complaining of being denied said promotions, Complainant was eventually discharged by MAUREEN EAMES.

7.

Complainant, MELISSA NAVARRE, was subjected to a pattern of conduct in violation of her civil and constitutional human rights under State and Federal Laws, caused by her supervisors in the form of race discrimination, retaliation, discrimination, and intentional infliction of emotional distress.

8.

MELISSA NAVARRE reported the discriminatory behavior of her department manager, MAUREEN EAMES, particularly, being denied promotions although highly qualified, being placed on a "Performance Improvement Plan" after requesting an investigation of said denials and also requesting a department transfer, and then eventually being discharged.

9.

MELISSA NAVARRE filed a formal complaint with the Equal Employment Opportunity Commission and the Department of Justice issued a final agency decision on October 1, 2003 denying complainant's claim.

10.

In her capacity as department manager of ENTERGY CORPORATION, MAUREEN EAMES engaged in acts of discrimination and intimidation, and eventually wrongful termination which seriously and permanently adversely affected the physical and psychological well being of MELISSA NAVARRE.

11.

Defendant, MAUREEN EAMES and ENTERGY CORPORATION, is liable unto complainant as a result of the acts and omissions unto MELISSA NAVARRE, for failure to use reasonable care to prevent the discrimination and despicable conduct unto MELISSA NAVARRE.

12.

As a result of the aforesaid conduct, defendants are liable to MELISSA NAVARRE for past, present and future wages, medical expenses, benefits, loss of enjoyment of life, mental anguish, mental

and physical pain and suffering, punitive damages, attorney's fees, treble damages and court costs.

13.

Defendants acted with malice and reckless indifference with regard to the rights of MELISSA NAVARRE and thus complainant, MELISSA NAVARRE, is entitled to an award of exemplary damages against defendants, MAUREEN EAMES and ENTERGY CORPORATION.

14.

Because of the discrimination and wrongful termination and denial of her basic civil rights, complainant, MELISSA NAVARRE was compelled to retain attorneys to insure that this conduct on the part of the defendants do not continue.

WHEREFORE, premises considered, Complainant prays that defendants be cited to appear and answer and that, upon final hearing, judgment be rendered jointly and severally against all defendants, for compensatory damages, exemplary damages, together with court costs, interest as allowed by law, attorney's fees and any and all further relief, legal or equitable, to which complainant may be entitled.

Respectfully submitted,

DOUCET - SPEER
A PROFESSIONAL LAW CORPORATION
725 So. Washington Street
P.O. Drawer 4303
Lafayette, LA 70502-4303
337-232-0405

By: _____
JEFFERY F. SPEER        (#19398)
J. LOUIS GIBBENS, III    (#23754)
JASON E. FONTENOT        (#27806)

PLEASE SERVE THE FOLLOWING DEFENDANTS:

ENTERGY CORPORATION
Through its registered agent for service of process,
Christopher T. Screen
639 Loyola Avenue
26th Floor
New Orleans, LA 70113

MAUREEN EAMES
At her place of employment,
Entergy Corporation
639 Loyola Avenue
26th Floor
New Orleans, LA 70113

-3-

CIVIL DISTRICT COURT

PARISH OF ORLEANS

STATE OF LOUISIANA

**FILED**
12:50 PM
DEC 30 03
DEPUTY CLERK
CIVIL DISTRICT COURT

| | |
|---|---|
| MELISSA NAVARRE | NO: 03-19122 |
| VERSUS | SECTION: |
| ENTERGY CORPORATION AND MAUREEN EAMES | DIVISION: J-13 |

### REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes, MELISSA NAVARRE who requests in accordance with LA.C.C.P. Article 1572 that she be given written notice by mail ten (10) days in advance of the date fixed for trial or any hearing of the above captioned case, whether on Exceptions, Motions, Rules or the Merits. We also request immediate notice of all Orders or Judgments, whether interlocutory or final, made or rendered in this case upon rendition thereof as provided by LA.C.C.P Articles 1913 and 1914, including notice of Judgment in the event that this case is taken under advisement, or if the Judgment is not signed at the conclusion of the trial.

Respectfully submitted,

DOUCET - SPEER
A PROFESSIONAL LAW CORPORATION
725 So. Washington Street
P.O. Drawer 4303
Lafayette, LA 70502
337-232-0405

BY: _____
JEFFERY F. SPEER     (#19398)
J. LOUIS GIBBENS, III (#23754)
JASON E. FONTENOT   (#27806)

FILED
2003 DEC 30 P 12:52
CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT**

**PARISH OF ORLEANS**

**STATE OF LOUISIANA**

| | |
|---|---|
| MELISSA NAVARRE | NO: |
| VERSUS | SECTION: |
| ENTERGY CORPORATION AND MAUREEN EAMES | DIVISION: |

**REQUEST FOR NOTICE**

NOW INTO COURT, through undersigned counsel, comes, MELISSA NAVARRE who requests in accordance with LA C.C.P. Article 1572 that she be given written notice by mail ten (10) days in advance of the date fixed for trial or any hearing of the above captioned case, whether on Exceptions, Motions, Rules or the Merits. We also request immediate notice of all Orders or Judgments, whether interlocutory or final, made or rendered in this case upon rendition thereof as provided by LA.C.C.P Articles 1913 and 1914, including notice of Judgment in the event that this case is taken under advisement, or if the Judgment is not signed at the conclusion of the trial.

Respectfully submitted,

DOUCET - SPEER
A PROFESSIONAL LAW CORPORATION
725 So Washington Street
P.O. Drawer 4303
Lafayette, LA 70502
337-232-0405

BY: _____
JEFFERY F. SPEER (#19398)
J. LOUIS GIBBENS, III (#23754)
JASON E FONTENOT (#27806)